**AOS**

| | |
|---|---|
| **BRANDON CALLIER**  Plaintiff | CASE NO: EP22CV0312 |
| vs | HEARING DATE/TIME: |
| **ALEXANDER BYKHOVSKY; ET AL**  Defendant | DEPT NO: |

## AFFIDAVIT OF SERVICE

DAWANNA COTTON being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS; COMPLAINT, on the 22nd day of September, 2022 and served the same on the 25th day of September, 2022, at 12:38 by:

serving the servee THOMAS LEITZEN personally delivering and leaving a copy with JANE DOE, OCCUPANT Co-occupant, a person of suitable age and discretion residing at the defendant's usual place of abode located at (address) 3941 East Olive Street, Las Vegas NV 89104

WHITE FEMALE 5FT 1IN - 5FT 6IN 120-150LBS DARK HAIR DARK EYES 30-40 YEARS OLD

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __25__ day of __Sep__, 2022.

*(signature)*

**DAWANNA COTTON**
R-2020-03170

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP266687

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box