**FILED**
January 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER** § § § **Plaintiff,** § § v. § § **ALEXANDER BYKHOVSKY,** § **STUDENT LOAN DOC** a Nevada Corporation, § **JOSHUA ALLEN RYAN, STUDENT LOANS** § **WIZARD LLC** a New Mexico Limited Liability § Company, **PROSPERITY CONSULTING LLC** § **aka PROSPERITY CONSULTING INC,** § **STUDENT LOAN RESCUER,** a Nevada § Corporation, **STUDENT LOANS MASTER LLC,** § a New Mexico Limited Liability Company, **TODD** § **GRASS, ALEXANDR ILYAICH, STUDENT** § **LOANS PROFESSIONAL LLC,** a New Mexico § Limited Liability Company, **STUDENT LOAN** § **GUARDIANS, INC.,** a Delaware Corporation, § **RUSSELL ISAKOVICH IBRAGIMOV, EASY** § **APP DOC PREP INC.,** a California Corporation, § **GET ON TRACK FINANCIAL, DOCUMENT** § **SUPPORT LIVE, INC,** a Nevada Corporation, § **ANNA ZELENIA BYKHOVSKY aka ANNA Y** § **ZELENIA aka ANA ZELENIA, DOCUMENTS** § **DONE RIGHT 1ST, INC,** a Nevada Corporation, § **MARGARITA BYKHOVSKY, DOCUMENTS** § **DONE RIGHT NOW, INC,** a Nevada Corporation § **DOCUMENTS DONE RIGHT, INC,** a Nevada § Corporation, **DOCUMENTS DONE RIGHT ON,** § **INC,** a Nevada Corporation, **BAME STRATEGIC** § **PARTNERS INC.,** a Nevada Corporation, § **ROBERT KERRIGAN, AMERVIM BONANO** § **AZT CONSULTING, LLC,** a New Mexico § Limited Liability Company, **AXE EQUITY LLC,** § a New Mexico Limited Liability Company, § **THOMAS LEITZEN, JEFFREY CALIMBAS,** § and **COREY J SEAMAN** § § **Defendants.** § § | EP-22-CV-0312-DB |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41 (1)(A)(i) Plaintiff dismisses the case without prejudice. Defendants have not filed an answer. Therefore, Plaintiff Dismisses Defendants ALEXANDER BYKHOVSKY, STUDENT LOAN DOC, JOSHUA ALLEN RYAN, STUDENT LOANS WIZARD LLC, PROSPERITY CONSULTING LLC aka PROSPERITY CONSULTING INC, STUDENT LOAN RESCUER, STUDENT LOANS MASTER LLC, TODD GRASS, ALEXANDR ILYAICH, STUDENT LOANS PROFESSIONAL LLC, STUDENT LOAN GUARDIANS, INC., RUSSELL ISAKOVICH IBRAGIMOV, EASY APP DOC PREP INC., GET ON TRACK FINANCIAL, DOCUMENT SUPPORT LIVE, INC, ANNA ZELENIA BYKHOVSKY aka ANNA Y ZELENIA aka ANA ZELENIA, DOCUMENTS DONE RIGHT 1ST, INC, MARGARITA BYKHOVSKY, DOCUMENTS DONE RIGHT NOW, INC, DOCUMENTS DONE RIGHT, INC, DOCUMENTS DONE RIGHT ON, INC, BAME STRATEGIC PARTNERS INC., ROBERT KERRIGAN, AMERVIM BONANO, AZT CONSULTING, LLC, AXE EQUITY LLC, THOMAS LEITZEN, JEFFREY CALIMBAS and COREY J SEAMAN.

Dated January 12, 2023,                      Respectfully Submitted,

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail
El Paso, Texas 79912
915-383-4604