IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>Plaintiff,<br><br>v.<br><br>ALEXANDER BYKHOVSKY, et al.,<br>Defendants. | §§§§§§§§§ | EP-22-CV-312-DB |

## FINAL JUDGMENT

On January 13, 2023, Plaintiff Brandon Callier filed a notice of dismissal, dismissing all claims against all Defendants in this case without prejudice. ECF No. 8. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions in above-captioned case are **DENIED AS MOOT.**

SIGNED this 18th day of **January 2023.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE